FILED
RICHARD W. NAGEL
CLERK OF COURT

1/18/24

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-5 |
| Plaintiff, | JUDGE Michael J. Newman |
| vs. | INFORMATION |
| GERMEL HUGHES, JR., | 18 U.S.C. § 922(o) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>

[18 U.S.C. §§ 922(o) and 924(a)(2)]

On or about September 8, 2023, in the Southern District of Ohio, defendant **GERMEL HUGHES, JR.,** knowingly possessed a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

KENNETH L. PARKER
UNITED STATES ATTORNEY

*Elizabeth McCormick*
**ELIZABETH L. MCCORMICK (0087862)**
Assistant United States Attorney